# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**WILLIE J. HUDSON,**

        Plaintiff,

        V.        CASE NUMBER: **06-C-1245**

**JO ANNE BARNHART**
**Commissioner of Social Security Administration,**

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that plaintiff's petition to proceed** *in forma pauperis* **is DENIED.**

**This action is hereby DISMISSED WITHOUT PREJUDICE.**

 

**December 7, 2006**
Date                                                              Clerk

 s/ Linda M. Zik
(By) Deputy Clerk